UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-22703-BLOOM/OTAZO-REYES

BELLINI CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

vs.

VILLAGE OF BAL HARBOUR, FLORIDA;
CARLTON TERRACE OWNER, LLC,

    Defendants.
_____/

## VILLAGE OF BAL HARBOUR'S CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT

Pursuant to the Court's July 21, 2023, Order Requiring Scheduling Report and Certificates of Interested Parties, ECF No. [3], Defendant Village of Bal Harbour discloses the following persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1. Carlton Terrace Owner, LLC
2. The Related Group
3. Rockpoint Group, L.L.C.
4. Two Roads Development LLC
5. Greenberg Traurig, P.A., including the following attorneys:
    a. David Weinstein
    b. Alexandra Bach Lagos
    c. Ryan Hopper
    d. Christopher White
6. The Village of Bal Harbour
7. Weiss Serota Helfman Cole & Bierman, P.L., including the following attorneys:

       a.    Matthew Mandel

       b.    Laura Wendell

8.    Bellini Condominium Association, Inc.

9.    Government Law Group PLLC, including the following attorneys:

       a.    Jordan Isrow

       b.    Andrew Ingber

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed on CM/ECF on October 6, 2023 and that the Portal was used as a means to serve the e-filed document upon counsel on the attached service list.

Respectfully submitted,

WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
*Counsel for Bal Harbour Village*
200 East Broward Boulevard, Suite 1900
Fort Lauderdale, FL  33301
Telephone:  954-763-4242
Facsimile:   954-764-7770

By: */s/ Laura K. Wendell*
     **MATTHEW H. MANDEL**
     Florida Bar No. 0147303
     Primary: mmandel@wsh-law.com
     Secondary: lbrewley@wsh-law.com
     **LAURA K. WENDELL**
     Florida Bar No. 53007
     Primary: lwendell@wsh-law.com
     Secondary: szavala@wsh-law.com

**SERVICE LIST**

| | |
|---|---|
| **Jordan B. Isrow, Esq.**<br>**Andrew J. Ingber, Esq.**<br>Government Law Group PLLC<br>200 South Andrews Avenue, Suite 601<br>Ft. Lauderdale, Florida 33301<br>jisrow@govlawgroup.com<br>aingber@govlawgroup.com<br>pleadings@govlawgroup.com<br><br>*Counsel for Plaintiff* | **David B. Weinstein, Esq.**<br>**Ryan T. Hopper, Esq.**<br>**Christopher R. White, Eq.**<br>Greenberg Traurig, P.A.<br>101 E. Kennedy Blvd, Suite 1900<br>Tampa, Floria 33602<br>weinsteind@gtlaw.com<br>hopperr@gtlaw.com<br>whitech@gtlaw.com<br><br>*Counsel for Carlton Terrace Owner, LLC* |
| **Alexandra Bach Lagos, Esq.**<br>Greenberg Traurig, P.A.<br>333 S.E. 2nd Avenue<br>Miami, Florida 33131<br>lagosa@gtlaw.com<br><br>*Counsel for Carlton Terrace Owner, LLC* | |