UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-22703-BLOOM/OTAZO-REYES

BELLINI CONDOMINIUM ASSOCIATION, INC.,

  Plaintiff,

v.

VILLAGE OF BAL HARBOUR, FLORIDA; and
CARLTON TERRACE OWNER LLC,

  Defendants.

## CARLTON TERRACE OWNER LLC'S CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT

Pursuant to the Court's July 21, 2023, Order Requiring Scheduling Report and Certificates of Interested Parties, ECF No. [3], Defendant Carlton Terrace Owner, LLC discloses the following persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1. Carlton Terrace Owner, LLC
2. The Related Group
3. Rockpoint Group, L.L.C.
4. Two Roads Development LLC
5. Greenberg Traurig, P.A., including the following attorneys:
    a. David Weinstein
    b. Alexandra Bach Lagos
    c. Ryan Hopper
    d. Christopher White
6. The Village of Bal Harbour
7. Weiss Serota Helfman Cole & Bierman, P.L., including the following attorneys:
    a. Matthew Mandel
    b. Laura Wendell

8. Bellini Condominium Association, Inc.

9. Government Law Group PLLC, including the following attorneys:

   a. Jordan Isrow

   b. Andrew Ingber

Dated: October 10, 2023

Respectfully submitted,

Alexandra Bach Lagos (FBN 30035)
lagosa@gtlaw.com
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue
Miami, FL 33131
Tel: (305) 579-0500
Fax: (305) 579-0717

*/s/* David Weinstein
David B. Weinstein (FBN 604410)
weinsteind@gtlaw.com
Ryan T. Hopper (FBN 0107347)
hopperr@gtlaw.com
Christopher R. White (FBN 1022219)
whitech@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Tel: (813) 318-5700
Fax: (813) 318-5900

*Counsel for Carlton Terrace Owner LLC*