UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-22703-BLOOM/Torres

BELLINI CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

v.

VILLAGE OF BAL HARBOUR, FLORIDA, and
CARLTON TERRACE OWNER, LLC,

    Defendants.
_____/

**FINAL JUDGMENT**

Pursuant to this Court's Order **GRANTING** Defendants Village of Bal Harbour, Florida, and Carlton Terrace Owner, LLC's ("Defendants") Motions to Dismiss, **ECF Nos. [24] and [25]**, and **DISMISSING WITHOUT PREJUDICE** Plaintiff's Amended Complaint, **ECF No. [20]**, the Court enters **FINAL JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is entered in favor of Defendants.
2. The Clerk of Court shall **CLOSE** this case.
3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

Case No. 23-cv-22703-BLOOM/Torres

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 25, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record